UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

21- CR- 00055 (NSR)

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

-against-

7:20-mj-07887

Jonathan Diolosa
                  Defendant(s).
------------------------------------------------------------X

Defendant Jonathan Diolosa hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

_Jonathan Diolosa /by JV_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Jonathan Diolosa_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Bruno V. Gioffre Jr._
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/27/21
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge