```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JONATHAN DIOLOSA,

                      Defendant.

No. 21-CR-55-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    After review of the docket, which reveals that this case has been pending against the defendant since July 2020 and the defendant has been incarcerated since August 2020, Defendant Jonathan Diolosa can and should be permitted to plead guilty and the plea hearing can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

    Accordingly, it is hereby ORDERED that the plea hearing for Defendant Jonathan Diolosa be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 26.

Dated:    February 12, 2021
             White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge