UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                    :
    - v. -                          :   **Order to Produce Via**
                                    :   **Telephone**
JONATHAN DIOLOSA,                   :
                                    :   21 Cr. 55 (NSR)
        Defendant.              :
- - - - - - - - - - - - - - - - - - - - x

    A plea hearing in the above-captioned case is scheduled for March 10, 2021, at 11:00 a.m. The Court therefore orders that JONATHAN DIOLOSA, the defendant, be produced via telephone for the plea hearing, so that he can participate in the proceeding.

Dated:   White Plains, New York
         March 9, 2021

_____
THE HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK